# Third District Court of Appeal

## State of Florida

Opinion filed December 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1530
Lower Tribunal No. 20-23225
_____

**Ravneet Chowdhury, Individually and as Personal Representative of the Estate of Anand Chowdhury a/k/a Anandpreet Chowdhury**,
Appellant,

vs.

**Midland National Life Insurance Company, et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellant.

Hill, Ward & Henderson, P.A., and Marie A. Borland and Brett J. Preston (Tampa); Godfrey & Kahn, S.C., and Paul F. Heaton and Andrew S. Oettinger (Milwaukee, WI), for appellee Midland National Life Insurance Company.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.